**United States Bankruptcy Court**
**for the**
**Middle District of Florida**
**Orlando Division**

**In Re:**

Jose A Serrano
Maria Serrano
3775 Fountain Bleu Blvd
Kissimmee, FL  34746

Case Filed on:  July 30, 2007
Plan Confirmed on:
Closed Date:  November 14, 2007

**Case Number: 6:07-bk-03323-ABB**

**Trustee's Final Report**
This case was Dismissed Prior To Confirmation

Total funds received and disbursed pursuant to the plan:        $0.00 received        $0.00 disbursed

| Claim Nbr | Name of Claimant | Claimed by Creditor | Allowed by Court | To be Paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 000 | Jose A Serrano | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | **Total Debtor Refunds** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 002 | America'S Servicing Company | $252,840.81 | $102,120.00 | $102,120.00 | $0.00 | $0.00 |
|  | **Total Secured Creditors** | **$252,840.81** | **$102,120.00** | **$102,120.00** | **$0.00** | **$0.00** |
| 000 | All State Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 003 | Capital One Bank | $705.79 | $0.00 | $0.00 | $0.00 | $0.00 |
| 004 | Capital One Bank | $730.79 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000 | Direct Tv | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 008 | Ecmc | $8,551.54 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000 | Florida Hospital | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000 | Midland Credit Management | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 011 | Patsy Heffner | $1,850.41 | $0.00 | $0.00 | $0.00 | $0.00 |
| 005 | Portfolio Recovery Assoc. | $10,187.18 | $0.00 | $0.00 | $0.00 | $0.00 |
| 006 | Portfolio Recovery Assoc. | $5,465.91 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | Portfolio Recovery Associates | $6,389.60 | $0.00 | $0.00 | $0.00 | $0.00 |
| 009 | Resurgent Capital Services | $7,470.98 | $0.00 | $0.00 | $0.00 | $0.00 |
| 010 | Resurgent Capital Services | $308.61 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000 | Sears | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 007 | U.S. Small Business Admins. | $7,190.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| 012 | Vativ Recovery Solutions, Llc | $76.14 | $0.00 | $0.00 | $0.00 | $0.00 |
| 000 | Wells Fargo Bank | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | **Total Unsecured Creditors** | **$48,927.76** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Debtor Refunds | $0.00 | **Total All** | **$102,120.00** | **$102,120.00** | **$0.00** | **$0.00** |
| Total Secured Creditors | $0.00 | | | | | |
| Total Unsecured Creditors | $0.00 | | | | | |
| Other Trustee Admin | .00 | | | | | |
| Trustee Allowance | $0.00 | | | | | |
| Amount Compromised | .00 | | | | | |
| **Total Funds Disbursed** | **$0.00** | | | | | |

/S/ LAURIE K. WEATHERFORD
Laurie K. Weatherford, Trustee
Middle District of Florida
P.O. Box 3450
Winter Park, FL  32790
Phone: (407) 648-8841

6:07-bk-03323-ABB

Final Report Dated :   January 16, 2008